## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| LONGEVITY CONSULTING, LLC<br>6111 Genie Terrace<br>Manassas, Virginia 20112<br><br>            Plaintiff,<br><br>v.<br><br>NICHOLAS McCARTER<br>2120 Vermont Avenue, NW, Unit 26<br>Washington, DC 20001,<br><br>and<br><br>CHARTIS CONSULTING CORP.<br>2120 Vermont Avenue, NW, Unit 26<br>Washington, DC 20001<br>SERVE: Carolyn Snyder, Registered Agent<br>1200 G ST. NW STE# 800<br>Washington, DC 20005<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:08-CV-01097<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA *PRO HAC VICE*

Mark Shaffer (hereinafter "Mr. Shaffer"), local counsel in the above-captioned case, moves this Court to associate non-member Michelle C. Thomas, Esquire (hereinafter "Ms. Thomas") and the law firm of M.C. Thomas & Associates, PC, *pro hac vice*, in the above-named case until such time as this case has been competed in the United States District Court for the District of Columbia, or until further order of the Court. In support of this Motion, Ms. Thomas declares as follows:

1. The full name of the non-member attorney is: Michelle Candice Thomas.

2. Ms. Thomas' office address is: 888 16th Street, NW, Suite 800, Washington, DC 20006.

3.    Ms. Thomas' telephone number is: (202) 536-4841.

4.    Ms. Thomas has been admitted to the following bars: Virginia Supreme

Court; US District Court for the Eastern District of Virginia; the US Court

of Appeals for the Fourth Circuit; and the District of Columbia Court of

Appeals.

5.    Ms. Thomas has not been disciplined by any bar.

6.    Ms. Thomas has never been admitted in this Court *pro hac vice.*

7.    Ms. Thomas engages in the practice of law from an office located in the

District of Columbia and is a member of the District of Columbia bar.

8.    Ms. Thomas has served as sole and lead counsel in cases in the Superior

Court of the District of Columbia.

Michelle C. Thomas, Esquire

WHEREFORE, Mr. Shaffer respectfully requests that this honorable Court permit

Ms. Thomas to appear, *pro hac vice,* in the above-captioned case for as long as this case is

pending, and until further order of the Court.

Respectfully submitted,

Mark L. Shaffer, Esq. DC Bar No. 346940
THE SHAFFER LAW FIRM, PLLC.
1747 Pennsylvania Avenue, N.W., Suite 1100
Washington, D.C. 20006
shaffer@markshafferlaw.com
Pho. 202.223.3211
Fax. 202.223.3611
*Local Counsel for Plaintiff,*
*Longevity Consulting, LLC*