UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LONGEVITY CONSULTING INC | ) | |
| 6111 Genie Terrace | ) | |
| Manassas, VA 20112 | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:08-cv01097 |
| | ) | |
| NICHOLAS McCARTER | ) | |
| 2120 Vermont Avenue, NW, Unit 26 | ) | |
| Washington, DC 20001 | ) | |
| and | ) | |
| | ) | |
| CHARTIS CONSULTING CORP | ) | |
| 2120 Vermont Ave, NW, Unit 26 | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
| Defendant | ) | |

## ANSWER

COMES NOW the Defendants, Mr. Nick McCarter and Chartis Consulting Corp

and for their Answer state as follows:

1. Admit as to Jurisdiction

2. Defendants have insufficient information to either Admit or Deny the allegation

   in paragraph 2 of the Compliant and therefore deny the same and demand strict

   proof thereof.

3. Admit

4. Admit sentence 1 of paragraph 3. Deny sentence 2 and 3 of paragraph 3.

5. Upon information and belief, Defendants admit allegations in paragraph 5 that the

   plaintiff is provider of software consulting services.

6. Upon information and belief, Defendants admit allegations in paragraph 6.

7. Defendants have insufficient information to either Admit or Deny the allegation in paragraph 7 of the Compliant and therefore deny the same and demand strict proof thereof.

8. Defendants have insufficient information to either Admit or Deny the allegation in paragraph 8 of the Compliant and therefore deny the same and demand strict proof thereof.

9. Defendants have insufficient information to either Admit or Deny the allegation in paragraph 9 of the Compliant and therefore deny the same and demand strict proof thereof.

10. Defendants have insufficient information to either Admit or Deny the allegation in paragraph 10 of the Compliant and therefore deny the same and demand strict proof thereof.

11. Deny the allegations in paragraph 11.

12. Deny the allegations in paragraph 12.

13. Deny the allegations in paragraph 13.

14. Deny the allegations in paragraph 14.

15. Defendants have insufficient information to either Admit or Deny the allegation in paragraph 15 of the Compliant and therefore deny the same and demand strict proof thereof.

16. Admit only to the extent that it restates the portion of the Agreement between Plaintiff and Defendant Chartis.

17. Admit only to the extent that it applies to Defendant Chartis. Deny as to

Defendant McCarter.

18. Admit

19. Deny the allegations in paragraph 19.

20. Admit that on May 1, 2008, Defendant Chartis submitted a letter. Deny the

remainder of the allegations in paragraph 20.

21. Defendants have insufficient information to either Admit or Deny the allegation

in paragraph 21 of the Compliant and therefore deny the same and demand strict

proof thereof.

22. Defendants have insufficient information to either Admit or Deny the allegation

in paragraph 22 of the Compliant and therefore deny the same and demand strict

proof thereof.

23. Defendants have insufficient information to either Admit or Deny the allegation

in paragraph 23 of the Compliant and therefore deny the same and demand strict

proof thereof.

## COUNT 1
### BREACH OF CONTRACT: NON SOLICITATION OF CUSTOMERS
(MCcARTER and/or CHARTIS)

24. Defendants reasserts its responses in paragraph 1-23

25. Deny the allegations in paragraph 25.

26. Deny the allegations in paragraph 26.

27. Defendants have insufficient information to either Admit or Deny the allegation

in paragraph 27 of the Compliant and therefore deny the same and demand strict

proof thereof.

## COUNT II
## BREACH OF CONTRACT: NON COMPETITION
## (McCARTER and/or CHARTIS)

28. Defendants reassert its responses in paragraph 1-28.

29. Deny the allegations in paragraph 29

30. Deny the allegations in paragraph 30

31. Deny the allegations in paragraph 31

32. Defendants have insufficient information to either Admit or Deny the allegation

in paragraph 32 of the Compliant and therefore deny the same and demand strict

proof thereof.

## COUNT III
## BREACH OF CONTRACT: IMPROPER NOTICE OF TERMINATION
## (McCARTER)

33. Defendants reassert its responses in paragraph 1-32.

34. Deny the allegation in paragraph 34.

35. Deny the allegation in paragraph 35.

36. Deny the allegations in paragraph 36.

37. Defendants have insufficient information to either Admit or Deny the allegation

in paragraph 37 of the Compliant and therefore deny the same and demand strict

proof thereof.

## COUNT IV: UNFAIR COMPETITION
## (McCARTER and/or CHARTIS)

38. Defendants reassert its responses in paragraph 1-37.

39. Deny the allegation in paragraph 39.

40. Deny the allegation in paragraph 40.

4

41. Deny the allegations in paragraph 41.

42. Defendants have insufficient information to either Admit or Deny the allegation in paragraph 42 of the Compliant and therefore deny the same and demand strict proof thereof.

COUNT V: TORTUOUS INTERFERENCE WITH A CONTRACT

43. Defendants reassert its responses in paragraph 1-42.

44. Defendants have insufficient information to either Admit or Deny the allegation in paragraph 44 of the Compliant and therefore deny the same and demand strict proof thereof.

45. Deny the allegation in paragraph 45.

46. Deny the allegations in paragraph 46.

47. Deny the allegation in paragraph 47.

48. Defendants have insufficient information to either Admit or Deny the allegation in paragraph 47 of the Compliant and therefore deny the same and demand strict proof thereof.

### PUNITIVE DAMAGES
### (McCARTER and/or CHARTIS)

49. Defendants reassert their responses in paragraph 1-48.

50. Deny the allegations in paragraph 50.

51. Deny the allegations in paragraph 51.

52. Deny the allegations in paragraph 52.

WHEREFORE having fully responded to the Complaint Defendants respectfully request that this matter be dismissed and that Defendants be given appropriate attorneys fees.

Faisal Gill, DC Bar No. 028294
The Gill Law Firm
1101 30th street Suite 500
Washington DC, 20007
(202) 625-4898
(202) 330-5468
fgill@glawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on 15th day of July 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The System will the send a notification of filing to:

Mark L. Shaffer
The Shaffer Law Firm, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 1100
Washington, DC 20006
202-223-3211
202-223-3611 (fax)
Shaffer@markshaffer.com

Faisal Gill, DC Bar No. 028294
The Gill Law Firm
1101 30th street Suite 500
Washington DC, 20007
(202) 625-4898
(202) 330-5468
fgill@glawoffice.com